\*\*E-Filed 1/14/2009\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO, | Case Number C 08-4900 JF (PVT) |
| Plaintiff, | ORDER[1] RE CASE STATUS |
| v. | |
| SUPERIOR COURT OF SANTA CLARA COUNTY, | |
| Defendant. | |

    On October 27, 2008, Plaintiff Dong Thanh Vo filed a request with this Court for an order to enjoin, set aside, and/or dismiss certain actions now proceeding in Santa Clara County Superior Court. From Plaintiff's filings, it appears that his vehicle and other property were impounded after his arrest for possession of an illegal weapon. It also appears that certain fees have been assessed against Plaintiff. Plaintiff's alleged basis for federal jurisdiction is the "Fed. Health Safety Pro. Act."

    On December 12, 2008, the Court denied Plaintiff's application to proceed *in forma pauperis* with leave to amend, on the ground that Plaintiff had not provided a basis for federal jurisdiction over his claim for relief. Plaintiff has not filed any subsequent pleadings or

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-4900 JF (PVT)
ORDER RE CASE STATUS
(JFLC1)

1 applications. Accordingly, Plaintiff has thirty (30) days from the date of this order to file an
2 amended complaint that provides a basis for federal jurisdiction, along with the $350.00 filing
3 fee or with a renewed application to proceed *in forma pauperis*. If Plaintiff fails to take any
4 action within thirty days, the Court will dismiss the instant action.

6 IT IS SO ORDERED.

8 DATED: January 14, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-4900 JF (PVT)
ORDER RE CASE STATUS
(JFLC1)

1  This Order has been served upon the following persons:

2  Dong Thanh Vo
   Post Office Box 24
3  San Jose, CA 95103

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-4900 JF (PVT)
ORDER RE CASE STATUS
(JFLC1)