\*\*E-Filed 7/15/2010\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>          Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF SANTA CLARA COUNTY, et al.,<br><br>          Defendants. | Case Number C 08-4900 JF (PVT)<br><br>ORDER[1] RE DOCUMENTS FILED JUNE 15, 2010 AND JUNE 25, 2010<br><br>[re: document nos. 13, 14, 15] |

      On March 4, 2009, the Court entered judgment in this case. On March 30, 2009 and August 11, 2009, the Court denied Plaintiff's motion to alter or amend judgment and amended motion to set aside judgment, respectively.

      Almost one year later, on June 15, 2010, Plaintiff filed an untitled hand-written document. On June 25, 2010, Plaintiff filed a document entitled "Writ of Mandamus" and a

---

[1] This disposition is not designated for publication in the official reports.

1  document entitled "Cross-Complaint. This case has been closed for more than a year. The
2  documents filed on June 15, 2010 and June 25, 2010 are without legal effect.
3        IT IS SO ORDERED.

7  DATED: July 15, 2010

   _____
   JEREMY FOGEL
   United States District Judge

2

Case No. C 08-4900 JF (PVT)
ORDER RE DOCUMENTS FILED JUNE 15, 2010 AND JUNE 25, 2010
(JFLC2)

1  This Order has been served upon the following persons:

2  Dong Thanh Vo
   Post Office Box 24
3  San Jose, CA 95103

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-4900 JF (PVT)
ORDER RE DOCUMENTS FILED JUNE 15, 2010 AND JUNE 25, 2010
(JFLC2)