**E-Filed 9/13/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>                Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF SANTA CLARA COUNTY, et al.,<br><br>                Defendants. | Case Number C 08-4900 JF (PVT)<br><br>ORDER[1] RE DOCUMENTS FILED JULY 23, 2010, JULY 29, 2010, AND AUGUST 31, 2010<br><br>[re: document nos. 17, 18, 19, 20] |

       On March 4, 2009, the Court entered judgment in this case. On March 30, 2009 and August 11, 2009, the Court denied Plaintiff's motion to alter or amend judgment and amended motion to set aside judgment, respectively.

       Almost one year later, on June 15, 2010, Plaintiff filed an untitled hand-written document. On June 25, 2010, Plaintiff filed a document entitled "Writ of Mandamus" and a document entitled "Cross-Complaint. On July 15, 2010, the Court issued an order addressing those documents, informing Plaintiff that the case had been closed for more than a year and that the documents filed on June 15, 2010 and June 25, 2010 were without legal effect.

---

    [1] This disposition is not designated for publication in the official reports.

On July 23, 2010, July 29, 2010, and August 31, 2010, Plaintiff filed additional documents. The Court once again informs Plaintiff that this case is CLOSED. The documents in question are without legal effect.

IT IS SO ORDERED.

DATED: September 13, 2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-4900 JF (PVT)
ORDER RE DOCUMENTS FILED JULY 23, 2010 ETC.
(JFLC2)

1  This Order has been served upon the following persons:

2  Dong Thanh Vo
   Post Office Box 24
3  San Jose, CA 95103

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-4900 JF (PVT)
ORDER RE DOCUMENTS FILED JULY 23, 2010 ETC.
(JFLC2)